1
RANDALL B. AIMAN-SMITH #124599
REED W.L. MARCY #191531
2
HALLIE VON ROCK #233152
CAREY A. JAMES #269270
3

**aiman-smith marcy**

4
7677 oakport street suite 1020
oakland    california    94621
5
t:510.562.6800  f:510.562.6830

6
Attorneys for Plaintiff Pam Rolita Bean

7
MICHAEL E. BREWER #177912
JOHANNA R. CARNEY #277946
8
LITTLER MENDELSON, P.C.
Treat Towers
9
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
10
Tel; 925.932.2468
Fax: 925.946.9809
11

Attorneys for Defendant Hugo Boss Retail, Inc.
12

13
UNITED STATES DISTRICT COURT

14
NORTHERN DISTRICT OF CALIFORNIA

15

16
PAM ROLITA BEAN, individually and on )    Case No.:  3:13-CV-05921-RS
behalf of all others similarly situated,    )
17                                           )    **STIPULATION TO SEND PRECERTIFICATION**
         Plaintiffs,                         )    **NOTICE TO THE PUTATIVE CLASS; AND**
18                                           )    [~~PROPOSED~~] **ORDER THEREON**
    v.                                       )
19                                           )
HUGO BOSS RETAIL, INC., and DOES )
20   1-50, inclusive,                        )
                                             )
21       Defendant.                          )
                                             )
22                                           )
                                             )
23                                           )
                                             )
24                                           )
                                             )
25                                           )
                                             )
26                                           )
                                             )
27

28

**THE PARTIES STIPULATE AS FOLLOWS:**

1.      In response to Plaintiffs' request for contact information for the entire putative class, the parties have agreed to send a pre-certification notice and opt-out postcard, attached hereto as Exhibit "A" (the "Notice"). The purpose of the Notice is to inform these individuals of the pendency of the above-captioned class action lawsuit (the "lawsuit") and seek each individual's consent to the release of their personal contact information to Plaintiffs' counsel.  Plaintiffs' counsel intends to use this information for the limited purpose of investigating facts to support Plaintiffs' upcoming motion for class certification.  Individuals who receive the Notice and do not opt-out of the notice within the period set forth below will be deemed to have consented to release their information.

2.      The parties have agreed to send the Notice to those persons identified by Plaintiffs in the Complaint as included in the putative class: "All persons who are or were employed in California as non-exempt employees in HUGO BOSS stores during the Class Period."

3.      The Parties have agreed to retain a claims administrator to administer this process.  The contract of services with the claims administrator shall provide: (a) that the claims administrator will not use or disclose any of Defendant's employees' information for any purposes unrelated to this lawsuit or any purpose different from the express agreement of counsel; (b) that the claims administrator will not disclose to Plaintiffs' counsel any of the Defendant's employees' information prior to the end of the applicable opt-out date set forth in paragraph 7; and (c) after the end of the applicable opt-out date set forth in paragraph 7, the claims administrator will only disclose to Plaintiffs' counsel information of Defendant's employees who consented to have their contact information released to Plaintiffs' counsel.

4.      Within ten (10) business days from the signing of this order by the Court, Defendant shall release to the claims administrator the contact information of the putative class members as defined in the Complaint and Paragraph 2.  For each individual, Defendant will provide the name, last known residential address, and last known primary telephone number in an electronic format (the "List").

5.      Within five (5) days of the receipt of the List, and prior to mailing the Notice to the putative class members, the claims administrator shall provide (via facsimile, e-mail or overnight

Stipulation to Send Precertification Notice to the Putative Class; and [Proposed] Order Thereon
*Bean, et al. v. HUGO BOSS Retail, Inc., et al.*      Case No.  3:13-CV-05921-RS
Page  1

1   delivery), to both Plaintiffs' and Defendant's counsel, a sample of the envelope and the Notice to be

2   distributed pursuant to this Stipulation and Order for review by counsel.

3       6.      Within ten (10) days of the receipt of the List, the claims administrator will mail the

4   notice by first class regular U.S. Mail to the putative class members on the List. The claims

5   administrator shall inform counsel for both parties the actual date the Notice is mailed.

6       7.      The individuals who receive the Notice are permitted to opt out of disclosing their

7   contact information to Plaintiffs' counsel by returning the postcard enclosed with the Notice. The

8   postcard must be either: (a) postmarked on or before 30 days from the mailing of the Notice if sent by

9   U.S. Mail; or (b) actually received on or before 30 days from the mailing of the Notice if sent by any

10  other delivery method, including delivery from outside the United States (the "Opt- Out Deadline").

11      8.      Within five (5) days from the Opt-Out Deadline, the claims administrator shall provide

12  to Plaintiffs' and Defendant's counsel (via facsimile, e-mail or overnight delivery) a list of the names

13  of all individuals who received a mailing and who did not opt out of release of their contact

14  information and at that time may provide Plaintiffs' counsel with each of these individuals' name, last

15  known address, and last known primary telephone number.

16      9.      Plaintiffs will bear all expenses incurred in the sending of this Notice, including all fees

17  and costs incurred by the claims administrator as a result of this procedure.

18      10.     The claims administrator is ordered (1) not to use or disclose any information

19  concerning the potential putative class members for any purpose unrelated to this action, or in any

20  manner inconsistent with the express agreement of counsel for each side in this litigation; and (2) not

21  to disclose to Plaintiffs or Plaintiffs' counsel the identity or contact information of any person to whom

22  the claims administrator mails the Notice, except as otherwise provided herein, the claims

23  administrator is further ordered to provide counsel for both sides with a copy of any document to be

24  sent to the potential putative class members.

25  **IT IS SO STIPULATED.**

                                            **Aiman-Smith & Marcy**
26

27  Dated: 4/23/14                          _____/s/_____
                                            Hallie Von Rock
28                                          Attorney for Plaintiff Pam Rolita Bean

Stipulation to Send Precertification Notice to the Putative Class; and [Proposed] Order Thereon
*Bean, et al. v. HUGO BOSS Retail, Inc., et al.*      Case No.  3:13-CV-05921-RS
Page  2

1

2

3    Dated: 4/23/14

4

5

6    **IT IS SO ORDERED.**

7

Dated: ___4/25_____, 2014

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Littler Mendelson, P.C.

___/s/_____
Michael Brewer
Attorney for Defendant Hugo Boss Retail

_____
Hon. Richard Seeborg
United States District Judge

Stipulation to Send Precertification Notice to the Putative Class; and [Proposed] Order Thereon
*Bean, et al. v. HUGO BOSS Retail, Inc., et al.*      Case No.  3:13-CV-05921-RS
Page 3

1

## Exhibit A

2

[Third Party Administrator Letterhead]

3

[Date]

4

5   [Name]
[Address]
[City, State, Zip]

6

7   **Re: Disclosure of Contact Information in Class Action Lawsuit**
*Pam Rolita Bean v. Hugo Boss Retail, Inc.* Northern District of California.
8   Case Number 3:13-cv-05921-RS

9   Dear [Putative Class Member Name]:

10   This letter is to advise you that your contact information will be disclosed in a class action
lawsuit that has been filed in the Northern District of California Court, San Francisco Division, against
11   Hugo Boss Retail, Inc. ("Hugo Boss") on behalf all persons who were, during the class period,
employed in California as non-exempt hourly employees in Hugo Boss stores.  This letter is to advise
12   you of your right to permit or to object to the disclosure of such information.  To object to this
13   disclosure, you must fill out the enclosed form and return postage pre-paid postcard no later than
**[DATE TBD -- 30 days from date of mailing]**.
14

15   The lawsuit alleges that putative class members were not compensated for all hours worked,
including at applicable overtime rates, were not reimbursed for necessary work expenses, were
16   required to purchase goods from Hugo Boss, were not furnished accurate wage statements, were not
timely paid for all wages dues upon termination of employment, and that Hugo Boss failed to keep
17   accurate payroll records.  Hugo Boss denies these allegations.  The Court has not certified the lawsuit
as a class action or ruled on the merits of any of the claims.
18

19   We believe you worked for Hugo Boss as a non-exempt employee in California during the time
period from October 2, 2009, to the present.  The plaintiffs' attorneys are asking for the release of your
20   contact information, including your name, last known address, and last known primary telephone
number.  If you do not object to being contacted, then simply do nothing and you may, or may not, be
21   contacted in the future.  By law, this option can have no effect on your current employment with Hugo
Boss stores or any other employer.
22

23   If you prefer not to release your contact information to the plaintiffs' attorneys, then complete
the attached form and return it **no later than [DATE TO BE SUPPLIED -- 30 days from date of
24   mailing]**. By law, you remain entitled to share in any recovery eventually obtained in the lawsuit even
if you choose not to be contacted by the plaintiffs' lawyers.  Regardless of the option you select, if the
25   lawsuit is certified as a class action and there is any recovery on behalf of the class, a separate notice
and claim form will be sent to you so that you can choose to either obtain recovery or be excluded
26   from the class.

27

28

Stipulation to Send Precertification Notice to the Putative Class; and [Proposed] Order Thereon
*Bean, et al. v. HUGO BOSS Retail, Inc., et al.*     Case No.  3:13-CV-05921-RS
Page  4

**[INFORMATION TO BE ON PRE-PAID POSTCARD]**
**REQUEST TO KEEP CONTACT INFORMATION CONFIDENTIAL**

     If you wish to keep your contact information confidential and prefer it not be provided to the plaintiff's attorneys, complete this form and return the postage paid postcard no later than [30 days from mailing].

_____

     By printing, signing, and dating below, I affirmatively state my desire that my personal contact information remain confidential and not be released to the plaintiff's attorneys.

Print name: _____

Signature: _____

Date: _____

Stipulation to Send Precertification Notice to the Putative Class; and [Proposed] Order Thereon
_Bean, et al. v. HUGO BOSS Retail, Inc., et al._     Case No.  3:13-CV-05921-RS
Page  5