1  MICHAEL E. BREWER, Bar No. 177912
   ELISA NADEAU, Bar No. 199000
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard
   Suite 600
4  Walnut Creek, CA  94597
   Telephone:    925.932.2468
5  Fax No.:      925.946.9809

6  Attorneys for Defendant
   HUGO BOSS RETAIL, INC.
7

8
   RANDALL B. AIMAN-SMITH, Bar No. 124599
9  REED W.L. MARCY, Bar No. 191531
   HALLIE VON ROCK, Bar No. 233152
10 CAREY A. JAMES, Bar No. 269270
   AIMAN-SMITH & MARCY
11 7677 Oakport Street, Suite 1020
12 Oakland, CA  94621
   Telephone:    510.562.6800
13 Facsimile:    510.562.6830

14
   Attorneys for Plaintiff
15 PAM ROLITA BEAN

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19 | PAM ROLITA BEAN, | Case No. 3:13-CV-05921-RS |

20 | Plaintiff, | **JOINT STIPULATION RE: CLASS CERTIFICATION DISCOVERY DEADLINES AND DEADLINE FOR CERTIFICATION HEARING AND [PROPOSED] ORDER** |

21 | v. |

22 | HUGO BOSS RETAIL, INC. and DOES 1-50, inclusive, |

23 | Defendant. |

CASE NO.  3:13-CV-05921-RS                                JOINT STIPULATION

1   Plaintiff Pam Rolita Bean ("Plaintiff") and Defendant Hugo Boss Retail, Inc.
2   ("Defendant") (collectively the "Parties"), hereby agree and stipulate through their respective
3   counsel to the following:

4   The parties scheduled this matter for mediation before Michael Dickstein on October
5   28, 2014.  The location of the mediation was to be Hugo Boss's headquarters in New York, New
6   York in order to accommodate the pregnancy of Hugo Boss's Corporate Representative, whose
7   authority was necessary to resolve the case.  Due to the premature birth of the Corporate
8   Representative's child, the mediation was canceled on or about October 22, 2014.  Since it is
9   necessary for Hugo Boss's Corporate Representative to be present at the mediation, the parties have
10  rescheduled the mediation for January 27, 2015, again in New York.  This date is confirmed with
11  Mr. Dickstein.  In light of the delayed mediation, the parties have agreed to request this Court to
12  continue the deadlines in the Case Management Scheduling Order as follows:

13  WHEREAS, the deadline to complete class certification discovery is January 30,
14  2015 and this date would be continued to **March 30, 2015**;

15  WHEREAS the class certification hearing date is presently set for May 14, 2015 and
16  this date would be continued to ~~July 14~~ July 9, **2015**;

17  So stipulated:

18  Dated: November 20, 2014

19                                  */s/ Elisa Nadeau*
                                    MICHAEL E. BREWER
20                                  ELISA NADEAU
                                    LITTLER MENDELSON, P.C.
21                                  Attorneys for Defendant
                                    HUGO BOSS RETAIL, INC.
22
    Dated: November 20, 2014
23

24                                  */s/ Hallie Von Rock*
                                    HALLIE VON ROCK
25                                  AIMAN-SMITH & MARCY
                                    Attorneys for Plaintiff
26                                  PAM ROLITA BEAN

27

28

1  SO ORDERED:

2

3  Date: November 24, ~~2015~~ 2014

    */s/ Richard Seeborg*

4  Hon. Richard Seeborg
   U.S. District Court Judge

16  Firmwide:130242044.1 073992.1004